**SEALED**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 28 P 4: 40

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES ex rel. **UNDER SEAL** | * | CIVIL ACTION |
| | * | NUMBER: 05-0058 |
| Relator, | * | SECTION: "I" (4) |
| v. | * | **FILED UNDER SEAL** |
| **UNDER SEAL** | * | |
| Defendant. | * | |
| | * | |
| * * * | | |

## UNITED STATES' NOTICE OF ELECTION TO INTERVENE

___ Fee_____
___ Process_____
X  Dktd_____
✓ CtRmDep_____
___ Doc. No_____

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES ex rel. <br> KEVA ALBARAL | * | CIVIL ACTION |
| | * | NUMBER:  05-0058 |
| Relator, | | |
| | * | SECTION:  "I" (4) |
| v. | | |
| | * | **FILED UNDER SEAL** |
| TENET HEALTHCARE CORPORATION | | |
| | * | |
| Defendant | | |
| * * * | | |

### UNITED STATES' NOTICE OF ELECTION TO INTERVENE

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its election to intervene in this action for settlement purposes against defendant Tenet Healthcare Corporation. With this notice, the United States is also filing a

joint notice of voluntary dismissal, together with relator, and an accompanying order dismissing this action and providing for the lifting of the seal.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General
        Civil Division

        JIM LETTEN
        UNITED STATES ATTORNEY

        *[signature]*
        SHARON D. SMITH (17146)
        Assistant United States Attorney
        500 Poydras Street, Room B210
        New Orleans, Louisiana 70130
        Telephone: (504) 680-3004

        MICHAEL F. HERTZ
        MICHAEL D. GRANSTON
        DAVID B. WISEMAN
        Attorneys, Civil Division
        U.S. Department of Justice
        P.O. Box 261, Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 514-0132