**SEALED**

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED     AUG 01 2006

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES ex rel. KEVA ALBARAL | * | CIVIL ACTION |
| | * | NUMBER: 05-0058 |
| Relator, | | |
| | * | SECTION: "I" (4) |
| v. | | |
| | * | **FILED UNDER SEAL** |
| TENET HEALTHCARE CORPORATION | | |
| | * | |
| Defendant | | |
| * * * | | |

## ORDER

The Court, having considered the Joint Notice of Dismissal by the United States and Relator Keva Albaral, it is hereby ORDERED that:

1. The United States and Defendant Tenet Healthcare Corporation have executed a Settlement Agreement in this matter which Relator agrees is fair, adequate, and reasonable pursuant to 31 U.S.C. § 3730(c)(2)(B).

2. Relator's complaint is dismissed with prejudice as to the Relator and the United States, with the exception of Relator's claims for attorney's fees, costs and expenses arising out of the dismissed claims.

Fee____
Process/6/X
X/Dktd____
_/CtRmDep____
___Doc. No____

3. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement as they pertain to this case. The Court also shall retain jurisdiction over Relator's claims for attorney's fees, costs and expenses arising out of the dismissed claims and Relator's claim for a share of the settlement pursuant to 31 U.S.C. §3730(d)(1).

4. The complaint be unsealed.

5. All other contents of the Court's file in this action remain under seal and not be made public or served upon Defendant, except for the United States' Notice of Election to Intervene, the United States and Relator's Joint Notice of Dismissal, and this Order.

6. The seal be lifted as to all matters occurring in this action after the date of this Order.

IT IS SO ORDERED.

Date: 7-28-06

_____
UNITED STATES DISTRICT JUDGE

**Copies to:**

SHARON D. SMITH
Assistant United States Attorney
United States Attorneys Office
Hale Boggs Federal Building
500 Poydras Street, Room B210
New Orleans, Louisiana 70130

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2006, the United States' Notice of Election to Intervene; the United States' and Relator's Joint Notice of Dismissal of this Action and Proposed Order were mailed, via first class mail, postage prepaid, to counsel for the relator.

SHARON D. SMITH
Assistant United States Attorney